■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL SIMO, Appellant. — Appeal by defendant, as limited by his motion, from sentence of the Supreme Court, Queens County (Rubin, J.), imposed May 7, 1982, the sentence being an indeterminate term of imprisonment of 3 to 9 years, upon his conviction of manslaughter in the first degree.

Sentence modified, as a matter of discretion in the interest of justice, by reducing the sentence imposed to an indeterminate term of imprisonment of 2⅓ to 7 years. As so modified, sentence affirmed.

The People consent to a reduction of defendant's sentence as herein provided, and, in our view, the sentence was excessive to the extent indicated herein. Mollen, P. J., Lazer, Bracken and Lawrence, JJ., concur.